# Court of Appeals
# of the State of Georgia

ATLANTA,  June 25, 2026

*The Court of Appeals hereby passes the following order:*

## A26A2319. GEORGIA REPUBLICAN PARTY INC. v. DEKALB COUNTY BOARD OF REGISTRATION AND ELECTIONS et al.

The Georgia Republican Party, Inc. appeals from the trial court's order granting the DeKalb County Board of Registration and Elections and DeKalb County's motion for summary judgment. In the order, the trial court found, among other things, that the Daily Reporting Rule and Poll Watching Rule promulgated by the State Election Board violated the nondelgation doctrine of the Georgia Constitution.

The Supreme Court of Georgia "has exclusive jurisdiction over all cases involving construction of the Constitution of the State of Georgia and of the United States and all cases in which the constitutionality of a law, ordinance, or constitutional provision has been called into question." *Atlanta Independent School System v. Lane*, 266 Ga. 657, 657(1) (469 SE2d 22) (1996) (citing Ga. Const. of 1983, Art. VI, Sec. VI, Par. II(1)). This exclusive jurisdiction extends "only to constitutional issues that were distinctly ruled on by the trial court and that do not involve the application of unquestioned and unambiguous constitutional provisions or challenges to laws previously held to be constitutional against the same attack." *State v. Davis*, 303 Ga. 684, 687(1) (814 SE2d 701) (2018) (citation and punctuation omitted).

The Supreme Court of Georgia has previously rejected a challenge to the Daily Reporting Rule and Poll Watching Rule on standing grounds and did thus not reach the constitutionality of those rules. See *Rep. Nat'l Comm. v. Eternal Vigilance Action, Inc.*, 321 Ga. 771, 788(2)(e) (917 SE2d 125) (2025). Here, the trial court found that the DeKalb County Board of Registration and Elections and DeKalb County had standing

and ruled on the nondelegation question. Therefore, jurisdiction of this appeal may lie in the Supreme Court of Georgia. As that Court has the ultimate responsibility for determining appellate jurisdiction, see *Saxton v. Coastal Dialysis & Med. Clinic*, 267 Ga. 177, 178 (476 SE2d 587) (1996), we hereby TRANSFER this appeal to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,___06/25/2026_____*
            *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
            *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*